An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINE TAYLOR, AN
INDIVIDUAL,
Appellant,
vs.
KVVU BROADCASTING
CORPORATION, A NEVADA
CORPORATION,
Respondent.

No. 65210

**FILED**

JUN 0 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by April 23, 2014. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_ J.
Parraguirre

_Saitta_ , J.
Saitta

cc: Chief Judge, The Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Christine Taylor
Lionel Sawyer & Collins/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-17683